IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

FELIX GUTIERREZ DELGADO

DEBTOR

CASE NO. 14-08413-MCF

CHAPTER 13

## MOTION ASSUMING LEGAL REPRESENTATION OF DEBTOR AND REQUEST TO BE ADDED TO MASTER ADDRESS LIST

TO THE HONORABLE COURT:

**COMES NOW, FELIX GUTIERREZ DELGADO**, the debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. On this same date June 21, 2016, a *Motion Requesting Authorization to Withdraw and Resign as Counsel for Debtor* was filed by debtor's attorney Roberto Figueroa Carrasquillo.

2. The debtor has contracted the services of the undersigned attorney to assume her legal representation in the present bankruptcy case.

3. That the undersigned attorney requests that his name and address be included in the Master Mailing List in the above captioned case as counsel for debtor Feliz Gutierrez Delgado.

**WHEREFORE**, debtor respectfully requests that this Honorable Court grant leave to the undersigned attorney to enter appearance as debtor's counsel of record and that he be included in the Master Address List as attorney for said debtor in the above captioned case.

I CERTIFY that a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notification of same to: the Chapter 13 Trustee, Alejandro Oliveras Rivera, Esq.; Monsita Lecaroz Arribas, Esq., Assistant US Trustee; I also certify that a true copy of this motion was sent via US mail to the debtor to her address of record.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 21th day of June, 2016.

/s/ Roberto A. Figueroa Colón
ROBERTO A. FIGUEROA COLON
USDC #300105
FIGUEROA & SERRANO, PSC
PO BOX 1635
GUAYNABO PR 00970-1635
TEL NO. (787) 744-7699

_Felix Gutierrez Delgado_
FELIZ GUTIERREZ DELGADO