IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | * | CASE NO 11-05316/ESL |
| | * | |
| LILLIAM LEONOR LINARES FUENTES | * | CHAPTER 13 |
| | * | |
| DEBTOR | * | |

*************************************

**REPLY TO MOTION REQUESTING DISMISSAL DOCKET NO.64
AND MOTION FOR EXTENSION OF TIME**

TO THE HONORABLE COURT:

COMES NOW, **LILLIAM LEONOR LINARES FUENTES,** debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. On June 21, 2016, Reliable Financial Services, Inc. ("Reliable") filed a *Motion Requesting Dismissal*, docket no. 64, basically alleging that the debtor has accumulated two (2) direct post-petition arrears with said creditor.

2. The debtor met with the undersigned attorney regarding this matter and respectfully submits that she did incur in said post-petition arrears due to certain economic problems.

3. The debtor hereby respectfully informs that on July 18, 2016 she made one (1) $593.00 payment, to partially cure the arrears owed to Reliable. Attached is copy of said payment.

4. The balance owed on the Reliable arrears will be paid by the debtor within the next thirty (30) days, thus, the debtor needs an extension of time of thirty (30) days within to obtain funds to cure the balance on the arrears and file evidence of curing the arrears, which extension of time to expire on August 20, 2016.

**WHEREFORE,** the debtor requests this Honorable Court grant the present reply and grant the requested extension of time, in the above captioned case.

Page – 2 –
Debtor's Motion for Extension of Time
Case no. 11-05316ESL

**I CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using the CM/ECF filing systems which will send notifications of such the Chapter 13 Trustee; and also certify that I have mailed by United State Postal Service copy of this motion to the following non CM/ECF participant debtor; Lilliam Leonor Linares Fuentes, and to all creditors and parties in interest in the above captioned case.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 21st day of July, 2016.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
ATTORNEY FOR PETITIONER
USDC # 203614
PO BOX 186, CAGUAS, PR 00725
TEL NO 787-744-7699 FAX 787-746-529
EMAIL: rfigueroa@rfclawpr.com



# BANCO POPULAR

```
         046                San Alfonso
      Date: 07/19/2016      Time: 10:15 am
              Teller ID:    11

Trans. /        Trans. Description /     Amount
Sequence              Account Number
------------------------------------------------


216  4TH Withdrawal
     XXXXXXXXXXXX7959
     Amount                              $593.00


✓217  RELIABLE FINANCIAL Payment
     053180367
     Paid Amount                         $593.00


218  Paid To Client                      $100.00
```

Este recibo es el comprobante de sus
transacciones. Consérvelo para reconciliar su
estado de cuenta, para alguna reclamación
o devoluciones de Especiales Musicales.
- Gracias por permitirnos Servirle !
TeleBanco Popular 787-724-3650 ó 1-888-724-3650
www.bancopopular.com

```
Label Matrix for local noticing          BACK BOWL I LLC SERIES B                BANCO POPULAR DE PUERTO RICO PDVL
0104-3                                   WEINSTEIN & RILEY P S                   MORTGAGE SERVICING DEPARTMENT 762
Case 11-05316-ESL13                      2001 WESTERN AVE SUITE 400              PO BOX 362708
District of Puerto Rico                  SEATTLE, WA 98121-3132                  SAN JUAN, PR 00936-2708
Old San Juan
Thu Jul 21 07:50:51 AST 2016

BANCO POPULAR PR                         (p)JEFFERSON CAPITAL SYSTEMS LLC        MIDLAND FUNDING LLC BY AMERICAN INFOSOURCE L
PO BOX 362708                            PO BOX 7999                             ATTN DEPARTMENT 1
SAN JUAN, PR 00936-2708                  SAINT CLOUD MN 56302-7999               PO BOX 4457
                                                                                 HOUSTON, TX 77210-4457

MIDLAND FUNDING LLC/RECOSER  LLC         PR ACQUISITIONS LLC                     RELIABLE FINANCIAL SERVICES
25 SE 2ND AVE STE 1120                   PR ACQUISITIONS LLC                     PO BOX 21382
MIAMI, FL 33131-1605                     PO BOX 194499                           SAN JUAN, PR 00928-1382
                                         SAN JUAN, PR 00919-4499

US Bankruptcy Court District of P.R.     CitiFinancial, Inc                      ACEVEDO COLON & ACEVEDO VILA
Jose V Toledo Fed Bldg & US Courthouse   P.O. Box 70919                          VICK CENTER STE C402 867 MUNOZ RIVERA AV
300 Recinto Sur Street, Room 109         Charlotte, NC 28272-0919                RIO PIEDRAS, PR  00925
San Juan, PR 00901-1964

BANCO POPULAR DE PR                      BANCO POPULAR DE PUERTO RICO            Back Bowl I LLC, Series B
PO BOX 70100                             BANKRUPTCY DEPARTMENT                   c/o Weinstein & Riley, P.S.
SAN JUAN, PR  00936-8100                 PO BOX 366818                           2001 Western Ave., Ste. 400
                                         SAN JUAN PR 00936-6818                  Seattle, WA 98121-3132

CITIFINANCIAL                            COOP A/C LA PUERTORRIQUEA               COOP A/C PUERTORRIQUENA
PO BOX 499                               82 GEORGETTI                            82 GEORGETTI
HANOVER, MD 21076-0499                   RIO PIEDRAS, PR 00925-3607              RIO PIEDRAS, PR 00925-3607

Department of Treasury-                  EMP. BERRIOS FINANCIERA - CAGUAS III    FIRST BANK
Bankruptcy Section (Suite 1504)          PO BOX 674                              MONEY EXPRESS
235 Ave. Arterial Hostos                 CIDRA, PR 00739-0674                    PO BOX 19327
San Juan Puerto Rico 00918-1451                                                  SAN JUAN, PR 00910-1327

GE Capital Retail Bank                   Granite Recovery LLC                    JC PENNEY
c/o Recovery Management Systems Corp     c/o Recovery Management Systems Corp    PO BOX 364788
25 SE 2nd Ave Suite 1120                 25 SE 2nd Avenue Suite 1120             SAN JUAN, PR  00936-4788
Miami FL 33131-1605                      Miami, FL 33131-1605

MONEY EXPRESS                            Midland Funding LLC                     Midland Funding LLC
BANKRUPTCY DIVISION                      by American InfoSource LP as agent      by American InfoSource LP as agent
PO BOX 9146                              ATTN: Department 1                      PO Box 4457
SAN JUAN PR 00908-0146                   PO Box 4457                             Houston, TX  77210-4457
                                         Houston, TX  77210-4457

ORIENTAL BANK & TRUST                    PR ACQUISITIONS LLC                     PUERTO RICO ELECTRIC POWER
PO BOX 1952                              PO BOX 194499                           BANKRUPTCY CLAIMS OFFICE
HUMACAO, PR  00792-1952                  SAN JUAN PR 00919-4499                  PO BOX 364267
                                                                                 SAN JUAN PR 00936-4267
```

```
Recovery Management Systems Corporation      SANTANDER                              SANTANDER FINANCIAL D/B/A ISLAND FINANCE
25 S.E. 2nd Avenue, Suite 1120               PO BOX 2199                            PO BOX 195369
Miami, FL 33131-1605                         SAN JUAN, PR  00919-2199               SAN JUAN PR 00919-5369


ZALES                                        JOSE RAMON CARRION MORALES             LILLIAM LEONOR LINARES FUENTES
PO BOX 9722                                  PO BOX 9023884                         PO BOX 3227
GRAY, TN  37615-9722                         SAN JUAN, PR 00902-3884                CAGUAS, PR 00726-3227


MONSITA LECAROZ ARRIBAS                      ROBERTO FIGUEROA CARRASQUILLO
OFFICE OF THE US TRUSTEE (UST)               PO BOX 186
OCHOA BUILDING                               CAGUAS, PR 00726-0186
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901
```

           The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
           by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
JEFFERSON CAPITAL SYSTEMS LLC                (d)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999                                  PO BOX 7999
ST CLOUD, MN 56302-9617                      ST CLOUD MN 56302
```

           The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)RELIABLE FINANCIAL SERVICES               End of Label Matrix
PO BOX 21382                                 Mailable recipients    37
SAN JUAN, PR  00928-1382                     Bypassed recipients     1
                                             Total                  38
```