**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

|  |  |
|---|---|
| IN RE:<br><br>**LILLIAM LEONOR LINARES FUENTES**<br>**aka LILLIAM L LINARES FUENTES**<br><br>**xxx–xx–5939**<br><br><div align="center">Debtor(s)</div> | Case No. **11–05316 ESL**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 8/11/16 |

### *ORDER*

The motion filed by Trustee requesting to withdraw the motion to dismiss (docket #72) is hereby granted .

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Thursday, August 11, 2016 .

Enrique S. Lamoutte
United States Bankruptcy Judge